**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6181**

---

JAMES C. MCNEILL,

　　　　　　　Plaintiff - Appellant,

　　　　v.

MONICA BOND,

　　　　　　　Defendant - Appellee,

　　　　and

CAMERON GADDY; NICOLAS BUSTILLOS; FNU VIGO; WHITNEY
REVELS; CONNIE LOCKLEAR-JONES; SHERYL HATCHER; KATY POOLE;
WILLIAM BULLARD; DEAN LOCKLEAR; PAMELA J. LOCKLEAR;
RONALD E. COVINGTON; BARSHA SIMS,

　　　　　　　Defendants.

---

Appeal from the United States District Court for the Middle District of North Carolina, at
Greensboro.  Loretta C. Biggs, District Judge.  (1:18-cv-00786-LCB-JLW)

---

Submitted:  September 16, 2024　　　　　　　　　Decided:  November 14, 2024

---

Before NIEMEYER and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James C. McNeill, Appellant Pro Se.  Richard Allen Paschal, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James C. McNeill appeals the district court's order granting Defendant Monica Bond's Fed. R. Civ. P. 50(a) motion for judgment as a matter of law in McNeill's 42 U.S.C. § 1983 action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *McNeill v. Gaddy*, No. 1:18-cv-00786-LCB-JLW (M.D.N.C. Feb. 9, 2023).  We deny McNeill's motion for leave to file a supplement to his informal opening brief.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3